**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | | |
|---|---|---|
| **JASPEN DEBASE, #91294** | § | |
| | § | |
| **v.** | § | **CIVIL NO. 4:25-CV-00829-BD** |
| | § | |
| **FNU WHALEY, ET AL.** | § | |

**MEMORANDUM OPINION AND ORDER**

Pro se plaintiff Jaspen DeBase filed a civil-rights action under 42 U.S.C. § 1983. Dkt. 3. The action was assigned to me, Dkt. 8, and the parties consented to my conducting all proceedings, Dkts. 11, 28.

On January 20, 2026, the court entered a memorandum and order, Dkt. 27, granting the officers' motion to dismiss, Dkt. 16, and dismissing DeBase's claims without prejudice. The court gave DeBase 30 days from the receipt of the order to file, on a standard § 1983 form, an amended complaint that includes detailed and particularized allegations with respect to the claims addressed in that order. Dkt. 27 at 9. The court admonished DeBase that if he failed to timely file an amended complaint on the standard § 1983 form, the court would dismiss with prejudice his claims against the officers. *Id.* at 10. DeBase has not filed an amended complaint.

For the reasons stated in the memorandum and order, Dkt. 27, it is **ORDERED** that DeBase's claims are **DISMISSED WITH PREJUDICE**.

So **ORDERED** and **SIGNED** this 27th day of February, 2026.

_____
Bill Davis
United States Magistrate Judge